IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TREVOR SLOAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANKER TECHNOLOGY CORPORATION, a Delaware Corporation, and FANTASIA TRADING LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 1:22-cv-07174 |
| JOSEPH BLEIBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANKER INNOVATIONS LIMITED, ANKER TECHNOLOGY CORPORATION, and FANTASIA TRADING LLC,<br><br>Defendants. | Case No.: 1:22-cv-07218 |

**RE-NOTICE OF *UNOPPOSED* MOTION FOR CONSOLIDATION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL UNDER FED. R. CIV. P. 23(g)(3)**

PLEASE TAKE NOTICE that on February 7, 2023 at 9:45 a.m., or as soon thereafter as may be heard, counsel for Plaintiffs in the above-captioned matter shall appear before Judge Sarah L. Ellis or any judge sitting in her stead, in Courtroom 1403 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604. Counsel for Plaintiffs shall at that time present Plaintiffs' Unopposed Motion for Consolidation

and Motion for Appointment of Interim Class Counsel Under Fed. R. Civ. P. 23(g)(3), filed on January 5, 2023 (Dkt. No. 11).

Dated:  February 3, 2023	Respectfully submitted,

/s/   Gary M. Klinger
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel.: 866.252.0878
gklinger@milberg.com

Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.:(313) 303-3472
Fax:(865) 522-0049
nsuciu@milberg.com

Jeremy A. Lieberman
Brian P. Calandra
Jonathan D. Park
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel.: (212) 661-1100
Fax: (917) 463-1044
jalieberman@pomlaw.com
bcalandra@pomaw.com
jpark@pomlaw.com


Joshua B. Silverman
**POMERANTZ LLP**
10 South LaSalle Street Suite 3505
Chicago, Illinois 60603
Tel.: (312) 377-1181
Fax: (312) 229-8811
jsilverman@pomlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2023, I caused a true and correct copy of the foregoing notice to be filed with the Clerk of the Court for the Northern District of Illinois via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.

*/s/ Gary M. Klinger*
Gary M. Klinger