IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sloan, <br><br> Plaintiff(s), <br><br> v. <br><br> Anker Technology Corporation et al, <br><br> Defendant(s). | Case No. 22-cv-7174 <br> Judge Sara L. Ellis |

## ORDER

The Court grants Plaintiffs' motion to consolidate and appointment of interim class counsel [11]. The Court consolidates the following related actions: *Sloan v. Anker Tech. Corp.*, No. 1:22-cv-07174 (N.D. Ill.), and *Bleiberg v. Anker Innovations Ltd.*, No. 1:22-cv-7218 (N.D. Ill.). The Court appoints Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg") and Brian P. Calandra of Pomerantz LLP ("Pomerantz") as Co-Lead Interim Class Counsel. No appearance required on 2/7/2023.

Date: 2/6/2023 /s/ Sara L. Ellis