IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Trevor Sloan,

Plaintiff(s),

v.

Anker Technology Corporation et al,

Defendant(s).

Case No. 22-cv-7174
Judge Sara L. Ellis

## ORDER

The Court modifies Order [22] to include the following: The Court consolidates the following related actions: Sloan v. Anker Tech. Corp., No. 1:22-cv-07174 (N.D. Ill.), and Bleiberg v. Anker Innovations Ltd., No. 1:22- cv-7218 (N.D. Ill.) for all purposes.

Date: 4/18/2023                                         /s/ Sara L. Ellis