IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trevor Sloan, <br><br> Plaintiff(s), <br><br> v. <br><br> Anker Technology Corporation et al, <br><br> Defendant(s). | Case No. 22-cv-7174 <br> Judge Sara L. Ellis |

### ORDER

The Court modifies Order [32] to include the following: The Court consolidates the following related actions: Sloan v. Anker Tech. Corp., No. 1:22-cv-07174 (N.D. Ill.), Bleiberg v. Anker Innovations Ltd., No. 1:22- cv-7218 (N.D. Ill.) and 1:23-cv-1607 (N.D. Ill) Desai v. Anker Technology Corporation et al for all purposes.

Date: 5/8/2023                                    /s/ Sara L. Ellis