## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Trevor Sloan v. Anker Technology Corporation, et al.

Case Number: 1:22-cv-07174

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs: Sagar R. Desai, Patrick Commerford, Kevin Farr

Attorney name (type or print): Robert J. Neary

Firm: Kozyak Tropin & Throckmorton, LLP

Street address: 2525 Ponce de Leon Blvd., 9th Floor

City/State/Zip: Coral Gables, FL 33134

Bar ID Number: 81712
(See item 3 in instructions)

Telephone Number: 305-372-1800

Email Address: rn@kttlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 30, 2023

Attorney signature: S/ Robert J. Neary

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015