IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TREVOR SLOAN, JOSEPH BLEIBERG, ARYEH LOUIS ROTHBERGER, PATRICK COMMERFORD, KEVIN FARR, ELMER ORPILLA, KEITH LAPATING, and SAGAR DESAI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANKER INNOVATIONS LIMITED, FANTASIA TRADING LLC, and POWER MOBILE LIFE LLC<br><br>Defendants. | Case No. 1:22-cv-07174<br><br>Honorable Sara L. Ellis |

## DEFENDANTS' MOTION TO DISMISS
## CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Anker Innovations Limited, Fantasia Trading LLC, and Power Mobile Life LLC ("Defendants") respectfully move the Court for an order dismissing with prejudice Plaintiffs Trevor Sloan, Joseph Bleiberg, Aryeh Louis Rothberger, Patrick Commerford, Kevin Farr, Elmer Orpilla, Keith Lapating, and Sagar Desai's ("Plaintiffs") Consolidated Class Action Complaint, ECF No. 31 ("Complaint") asserting claims for violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.* ("ICFA"), violation of New York General Business Law §§ 349, 350, N.Y. Gen. Bus. Law § 349 *et seq.* ("GBL"), violation of Massachusetts General Laws Chapter 93A, Mass. Gen. Laws ch. 93A, § 1 *et seq.* ("MGL"), violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201 *et seq.* ("FDUTPA"), violation of the Federal Wiretap

1

Act, 18 U.S.C. § 2510 *et seq.* ("Wiretap Act"), violation of the Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.* ("BIPA"), and unjust enrichment (the "Motion"). The grounds for this Motion, as discussed more fully in the accompanying Memorandum of Law incorporated by reference herein, are as follows:

1. Plaintiffs' Wiretap Act claim fails because Defendants were a party to the allegedly intercepted communications and Defendants did not intercept any communications in transit.

2. Plaintiffs' BIPA claim fails because Plaintiffs have not alleged any facts plausibly showing that Defendants "possessed," "collected," or "captured" "biometric identifiers" or "biometric information." Moreover, Plaintiffs cannot assert the claim on behalf of the non-Illinois Plaintiffs or a nationwide class because they do not allege any facts that permit the extraterritorial application of BIPA.

3. Plaintiffs' consumer protection claims fail because Plaintiffs do not allege a deceptive or unfair practice or that such a practice caused them harm. Further, Plaintiffs' ICFA claim is limited to Illinois residents.

4. Plaintiffs' unjust enrichment claim fails because it is predicated on the same allegations as its consumer protection claims.

5. The Complaint should be dismissed for impermissible group pleading alone.

WHEREFORE, Defendants respectfully request that this Court dismiss the Complaint with prejudice.

## CERTIFICATION OF ATTORNEY CONFERENCE

Pursuant to the Court's Case Procedures regarding Motion Practice, counsel for Defendants, Scott Sakiyama, engaged in a telephonic meet and confer with counsel for Plaintiffs, Trenton Kashima, on June 1, 2023, which included a candid discussion regarding the bases for this

Motion. At the conclusion of the discussion, the parties agreed that the issues to be raised in the Motion could not be resolved without filing the Motion due to the nature of the arguments which form the bases of the Motion.

Dated June 6, 2023

Respectfully submitted,

Anker Innovations Limited, Fantasia Trading LLC, and Power Mobile Life LLC

/s/ Scott T. Sakiyama
Scott T. Sakiyama (Ill. Bar No. 6302903)
John Moynihan (Ill. Bar No. 6321178)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
353 N. Clark St, Suite 3600
Chicago, IL 60654
Tel: (312) 924-9893
ssakiyama@orrick.com
jmoynihan@orrick.com

Yufeng Ma (Ill. Bar No. 6277936)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
4703 Park Place
1601 Nanjing Road West
Shanghai, 200040
People's Republic of China
Tel: +86 21 6109 7108
yma@orrick.com

Aravind Swaminathan (*Pro Hac Vice* Filed)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union Street, Suite 3300
Seattle, WA 98101
Tel: (206) 839-4340
aswaminathan@orrick.com
Lauren L. Erker (*Pro Hac Vice* Filed)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
100 Wilshire Blvd., Suite 1000
Santa Monica, CA 90401
Tel: (310) 424-3916
lerker@orrick.com

*Attorneys for Defendants Anker Innovations Limited, Fantasia Trading LLC and Power Mobile Life LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                                                                 */s/ Scott T. Sakiyama*
                                                                 Scott T. Sakiyama