**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Trevor Sloan, et al.

                              Plaintiff,

v.                                                     Case No.: 1:22–cv–07174

                                                        Honorable Sara L. Ellis

Anker Innovations Limited, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 2/28/2024. Discovery schedule: Initial disclosures are due by 3/15/2024; disclosure of class certification expert(s) report(s) due by 9/17/2024; disclosure of class certification rebuttal expert(s) report(s) due by 10/18/2024; deadline for completion of class certification expert depositions due by 12/13/2024; Plaintiff's motion for class certification and any Daubert motions relating to class certification due by 1/16/2025; responses are due by 2/19/2025, and replies are due by 3/14/2025. Fact discovery ordered closed by 5/14/2025. Telephone Conference set for 6/11/2025 at 9:30 AM for ruling on class certification. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.