## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trevor Sloan, et al.

                                              Plaintiff,

v.                                                                                            Case No.: 1:22–cv–07174
                                                                                               Honorable Sara L. Ellis

Anker Innovations Limited, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2024:

       MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held. The Court grants the parties' motion for entry of stipulated joint ESI discovery protocol [82]. The parties should email the stipulation to the Court's substitute courtroom deputy at Sarah_Bouchard@ilnd.uscourts.gov. The Court grants the parties' motion for extension of case management deadlines [84]. The Court revises the discovery schedule as follows: disclosure of class certification expert(s) report(s) due by 3/14/2025; disclosure of class certification rebuttal expert(s) report(s) due by 4/14/2025; deadline for completion of class certification expert depositions due by 5/30/2025; Plaintiff's motion for class certification and any Daubert motions relating to class certification due by 6/30/2025; responses are due by 7/30/2025, and replies are due by 8/25/2025. Fact discovery ordered closed by 10/26/2025. The Court strikes the ruling date set for 6/11/2025 and resets it to 11/19/2025 at 9:30 AM for ruling on Plaintiffs' motion for class certification. The Court grants the parties' motion to resolve discovery dispute [80] as stated on the record. Mailed notice. (smb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.