**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Trevor Sloan, et al.
                                     Plaintiff,

v.                                              Case No.: 1:22−cv−07174
                                                         Honorable Sara L. Ellis

Anker Innovations Limited, et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 15, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' extension of time [95]. The Court revises the discovery schedule as follows: disclosure of class certification expert(s) report(s) due by 9/15/2025; disclosure of class certification rebuttal expert(s) report(s) due by 10/14/2025; deadline for completion of class certification expert depositions due by 12/1/2025; Plaintiff's motion for class certification and any Daubert motions relating to class certification due by 12/30/2025; responses are due by 1/30/2026, and replies are due by 2/25/2026. Fact discovery ordered closed by 4/27/2026. The Court strikes the ruling date set for 11/19/2025 and resets it to 5/27/2026 at 9:30 AM for ruling on Plaintiffs' motion for class certification. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (650) 479−3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll−free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.