# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Trevor Sloan, et al.
                              Plaintiff,

v.   Case No.: 1:22−cv−07174
     Honorable Sara L. Ellis

Anker Innovations Limited, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2025:

    MINUTE entry before the Honorable Sara L. Ellis: The Court sets the following briefing schedule on Defendants' motion for judgment on the pleadings [99]: Plaintiff's response is due by 4/4/2025 and Defendants' reply is due by 4/18/2025. The Court sets a ruling date for 7/15/2025 at 9:30 AM. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.