# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TREVOR SLOAN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANKER INNOVATIONS LIMITED, et al.,<br><br>Defendants. | Case No. 1:22-cv-7174<br><br>Honorable Sara L. Ellis |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 1, 2025 at 9:45 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Sara L. Ellis in Courtroom 1403 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and present the Plaintiffs' Motion Regarding Discovery Dispute on Production of Source Code.

[*signatures on following page*]

{00667742;1 }

Dated: June 13, 2025

Respectfully submitted,

| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
|---|---|
| */s/ Trenton Ross Kashima* | */s/ Jim Houghton* |
| Trenton Ross Kashima | Jim Houghton (*Pro Hac Vice*) |
| 401 West Broadway, Suite 1760 | 222 Berkeley Street, Suite 2000 |
| San Diego, CA 92101 | Boston, MA 02116 |
| Tel: (619) 810-7047 | P: (617) 880-1800 |
| tkashima@milberg.com | jhoughton@orrick.com |
| | |
| Gary M. Klinger | |
| 227 W. Monroe Street, Suite 2100 | Aravind Swaminathan (*Pro Hac Vice*), Lead |
| Chicago, Illinois 60606 | Trial Attorney |
| Tel: (866) 252-0878 | 401 Union Street, Suite 3300 |
| gklinger@milberg.com | Seattle, WA 98101 |
| | P: (206) 839-4340 |
| Nick Suciu, III | aswaminathan@orrick.com |
| 6905 Telegraph Road, Suite 115 | |
| Bloomfield Hills, MI 483021 | Michael Rosenberg (Ill. Bar No. 6340654) |
| (313) 303-3472 | 353 N. Clark Street, Suite 3600 |
| nsuciu@milberg.com | Chicago, IL 60654 |
| | P. (312) 924-9833 |
| **POMERANTZ LLP** | mrosenberg@orrick.com |
| | |
| Brian Calandra | Yufeng (Ethan) Ma (Ill. Bar No. 6277936) |
| 10 South Lasalle Street, Suite 3505 | 4703 Park Place |
| Chicago, IL 60603 | 1601 Nanjing Road West |
| Tel: (312) 377-1181 | Shanghai, 200040 |
| Fax: (312) 229-8811 | People's Republic of China |
| bcalandra@pomlaw.com | P: +86 21 6109 7108 |
| | yma@orrick.com |
| | |
| **RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.** | *Counsel for Defendants Anker Innovations Limited, Fantasia Trading LLC, and Power Mobile Life LLC* |
| | |
| Robert M. Stein | |
| 100 SE 2nd Street, 29th Floor | |
| Miami, FL 33131 | |
| Tel: (305) 423-3437 | |
| rstein@rvmrlaw.com | |

Daniel S. Maland
100 SE 2nd Street, 29th Floor
Miami, FL 33131
Tel: (305) 423-3562
dmaland@rvmrlaw.com

**KOZYAK TROPIN &
THROCKMORTON LLP**

Benjamin Widlanski
Robert J. Neary
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 372-1800
bwidlanski@kttlaw.com
rn@kttlaw.com

**LEVI & KORSINSKY, LLP**

Mark S. Reich
Gary I. Ishimoto
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
mreich@zlk.com
gishimoto@zlk.com

*Counsel for Plaintiffs Trevor Sloan, Joseph Bleiberg, Aryeh Louis Rothberger, Kevin Farr, Elmer Orpilla, and Sagar Desai, on behalf of themselves and all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2025, I caused a true and correct copy of the foregoing notice to be filed with the Clerk of the Court for the Northern District of Illinois via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matter.

/s/ *Trenton R. Kashima*
Trenton R. Kashima