**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TREVOR SLOAN, JOSEPH BLEIBERG, ARYEH LOUIS ROTHBERGER, KEVIN FARR, ELMER ORPILLA, and SAGAR DESAI, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ANKER TECHNOLOGY CORPORATION and FANTASIA TRADING LLC,<br><br>Defendants. | Case No. 1:22-cv-7174<br><br>Honorable Sara L. Ellis |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE STATUS REPORT AND TO CONTINUE RELATED HEARING**

Defendants Anker Innovations Limited ("Anker") and Fantasia Trading LLC ("Fantasia," and, collectively with Anker, "Defendants") move the Court to extend the deadline to submit the joint status report required by the Court's January 14, 2026 Order (ECF No. 136) and to continue the hearing set for January 30, 2026, for one week to February 4 and 6, respectively. Defendants further ask that this Motion be entered without an appearance.

In support of this request, Defendants state the following.

On January 14, 2026, the Court ordered Plaintiffs to provide Defendants with a list of question regarding the testing methodology discussed at the hearing, and that the parties meet and confer regarding outstanding questions and disputes related to source code, to submit a joint status report on any outstanding discovery disputes and a proposed discovery schedule by January 28, and to appear for an in-person hearing on January 30, with their respective experts available in-person or by phone, if necessary. ECF No. 136.

Plaintiffs provided their questions on Thursday evening, January 22—corresponding to Friday afternoon in China, where Anker is based. Plaintiffs provided their expert's list of 42 questions (77 questions including subparts).

Defendants immediately began preparing responses to those questions. To be the most productive and provide comprehensive responses, Defendants require additional time to evaluate and answer those questions and for its experts to be prepared for a productive conferral.

The 7-day requested continuance will allow the parties time to exchange the information expected by the Court, schedule a meeting of IT representatives (if necessary), and meaningfully confer to narrow any remaining discovery disputes, with the aim of working together to obviate the need for any hearing.[1]

Defendants thus ask that the deadline for filing their joint status report be extended to February 4, 2026, and the hearing be continued to February 6, 2026.

Respectfully submitted: January 26, 2026

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

*/s/ Aravind Swaminathan*
Aravind Swaminathan (*Pro Hac Vice*), Lead Trial Attorney
401 Union Street, Suite 3300
Seattle, WA 98101
P: (206) 839-4340
aswaminathan@orrick.com

Yufeng (Ethan) Ma (Ill. Bar No. 6277936)

---

[1] Finally, with thousands of flights canceled in recent days as a result of the inclement weather across the country—and the possibility of further travel limitations this week—continuing the January 30 hearing now may be prudent to avoid the need for an emergency request for continuance should counsel or experts for either side be unable to travel this week.

4703 Park Place
1601 Nanjing Road West
Shanghai, 200040
People's Republic of China
P: +86 21 6109 7108
yma@orrick.com

Michael Rosenberg (Ill. Bar No. 6340654)
353 N. Clark Street, Suite 3600
Chicago, IL 60654
P. (312) 924-9833
mrosenberg@orrick.com

Jacob Heath (*Pro Hac Vice*)
1000 Marsh Road
Menlo Park, CA 94025
P. (650) 614-7321
jheath@orrick.com

Jim Houghton (*Pro Hac Vice*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
P: (617) 880-1800
jhoughton@orrick.com

*Counsel for Defendants Anker Innovations Limited, Fantasia Trading LLC, and Power Mobile Life LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

By: */s/ Aravind Swaminathan*